J. B. MAGRUDER AND C. J. MAGRUDER, HIS WIFE, APPELLANTS, VS. L. M. TURNER, AS EXECUTRIX OF THE LAST WILL AND TESTAMENT OF A. L. TURNER, DECEASED, FOR THE USE OF NANCY E. TURNER, APPELLEE.

Appeal from Circuit Court Orange county.

*E. K. Foster*, for Appellants.

*A. M. Thrasher*, for Appellee.

The bill in this case was filed by the appellee against the appellants. There was decree for the complainant and the defendants appeal. The decree is affirmed.

Decision Per Curiam.